**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30376 |
| Plaintiff - Appellee, | D.C. No. 1:99-cr-00048-JDS |
| v. | |
| MANUEL FLOREZ, AKA Manuel Flores, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Jack D. Shanstrom, District Judge, Presiding

Submitted March 16, 2010 [**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Manuel Florez appeals from the 180-month sentence imposed following a

jury-trial conviction for conspiracy to distribute methamphetamine, in violation of

21 U.S.C. § 846. The instant appeal follows a successful 28 U.S.C. § 2255 motion

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

AK/Research

allowing Florez to file an appeal out of time. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate the sentence and remand to the district court.

Florez contends that there is a reasonable probability that he would have received a different sentence, had the district court known that the Sentencing Guidelines were advisory. The government concedes, and we agree, that a limited remand is appropriate. Accordingly, we remand to the district court for further proceedings in light of *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir. 2005) (en banc).

Florez's request for supplemental briefing is denied.

**VACATED and REMANDED.**